NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0001054**
**18-JUN-2012**
**08:24 AM**

NO. CAAP-11-0001054

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CHERI K. ATKINS,
Plaintiff-Appellant,
v.
FEDERAL NATIONAL MORTGAGE ASSOCIATION;
JUST MORTGAGE INC.; NEWPORT LENDING CORPORATION;
CITIMORTGAGE, INC.; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
Defendants-Appellees,
and
DOES 1-50, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 11-1-0148)

ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Foley, Presiding J., Fujise, and Leonard, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal With Prejudice filed June 8, 2012, it appears that: (1) on
December 15, 2011, Plaintiff-Appellant Cheri K. Atkins filed a
notice of appeal from the certified judgment and order granting
Defendants-Appellees CitiMortgage, Inc. and Federal National
Mortgage Association's motion for summary judgment and judgment;
(2) the parties agree to dismiss Plaintiff-Appellant's appeal,
with the parties to bear their own appellate costs and fees.

Therefore,

IT IS HEREBY ORDERED that the stipulation is approved, and this appeal is dismissed.  The parties shall bear their own appellate costs and fees.

DATED:    Honolulu, Hawaiʻi, June 18, 2012.

Presiding Judge

Associate Judge

Associate Judge